COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      In the Interest of K. L. W., A Child

Appellate case number:    01-18-00485-CV

Trial court case number:  2017-02559J

Trial court:              314th District Court of Harris County

The panel has voted to deny appellants' pro se first amended and supplemental motion for rehearing of this Court's December 5, 2018 Memorandum Opinion and Judgment.

Appellants' motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                   x  Acting for the Panel

Panel consists of:  Justices Higley, Lloyd, and Caughey.

Date:  __December 20, 2018____